# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1808

_____

Cindy J. Korver,                                      *
                                                      *
              Appellant,                *     Appeal from the United States
                                                      *     District Court for the Western
    v.                                              *     District of Missouri.
                                                      *
Kenneth S. Apfel, Commissioner of                     *          [UNPUBLISHED]
Social Security,                                      *
                                                      *
                                                      *
              Appellee.                 *

_____

Submitted: November 18, 1999

Filed: November 24, 1999

_____

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

     Cindy J. Korver appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny Korver's application for disability insurance and supplemental security income benefits. Having reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an extended opinion would serve no useful purpose in this fact-intensive case. We find substantial evidence in the record as a whole supports the decision of the Commissioner and Korver is not

disabled for social security purposes.  We thus affirm the district court without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.